JOSEPH H. WANEK, Respondent, *v.* GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.

Submitted January 27, 1938; decided March 8, 1938.

*B. G. Eadie* for appellant.
*William A. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.